IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEAN FITZGERALD ROWELL,

    Petitioner,

  v.                                                                   Case No.  21-cv-338-wmc

DAN WINKLESKI,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

5/21/2021  
Date